IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MILES BOHAC, MATTHEW HOUSE a/k/a CHEYENNE HOUSE, and JUSTIN ERICSON.<br><br>Defendants. | 4:26CR 3016<br><br>INDICTMENT<br>18 U.S.C. § 932(b)(1);<br>18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2;<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8);<br>28 U.S.C. § 2461(c) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 FEB 18 PM 1:57
OFFICE OF THE CLERK

The Grand Jury charges that

### COUNT I

On or about August 21, 2025, in the District of Nebraska, Defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE, did knowingly purchase a firearm, to wit: a Ruger .22 Cal Revolver in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request and demand of MILES BOHAC, knowing and having reasonable cause to believe that MILES BOHAC has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 932(b)(1).

### COUNT II

On or about August 21, 2025, in the District of Nebraska, Defendants MATTHEW HOUSE a/k/a CHEYENNE HOUSE and MILES BOHAC, in connection with the acquisition of a firearm, to wit a Ruger .22 Cal Revolver, from a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant

MATTHEW HOUSE a/k/a CHEYENNE HOUSE under chapter 44 of Title 18, in that the defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE falsely represented on ATF Form 4473 that he was the actual buyer of the firearm, when in truth and fact, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT III

On or about September 11, 2025, in the District of Nebraska, Defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE, did knowingly purchase a firearm, to wit: a Citadel Boss 25 12-gauge shotgun in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request and demand of MILES BOHAC, knowing and having reasonable cause to believe that MILES BOHAC has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 932(b)(1).

## COUNT IV

On or about September 11, 2025, in the District of Nebraska, Defendants MATTHEW HOUSE a/k/a CHEYENNE HOUSE and MILES BOHAC, in connection with the acquisition of a firearm, to wit a Citadel Boss 25 12-gauge shotgun, from a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE under chapter 44 of Title 18, in that the defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE falsely represented on ATF Form 4473 that he was the actual buyer of the firearm, when in truth and fact, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT V

On or about October 17, 2025, in the District of Nebraska, Defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE, did knowingly purchase a firearm, to wit: a Canik Mete 9mm Handgun in or otherwise affecting interstate or foreign commerce for, on behalf of, and at the request and demand of MILES BOHAC, knowing and having reasonable cause to believe that MILES BOHAC has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 932(b)(1).

## COUNT VI

On or about October 17, 2025, in the District of Nebraska, Defendants MATTHEW HOUSE a/k/a CHEYENNE HOUSE and MILES BOHAC, in connection with the acquisition of a firearm, to wit a Canik Mete 9mm Handgun, from a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE under chapter 44 of Title 18, in that the defendant MATTHEW HOUSE a/k/a CHEYENNE HOUSE falsely represented on ATF Form 4473 that he was the actual buyer of the firearm, when in truth and fact, he was not the actual buyer of the firearm.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT VII

On or about December 12, 2025, in the District of Nebraska, Defendant MILES BOHAC, knowing he had previously been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, to wit: Felon in Possession of a Firearm, Strangulation, and Distribution of a Controlled Substance, knowingly possessed:

Ruger .22 Cal Revolver;

Citadel Boss 25 12-gauge shotgun;

Canik Mete 9mm Handgun;

Canik TP9SF 9mm handgun;

Hi-Point Model C9 9mm;

Stevens 12-gauge shotgun;

Stevens Model 320 20-gauge shotgun;

Radical Arms RF 15 .22 caliber Rifle;

and ammunition which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT VIII

On or about December 12, 2025, in the District of Nebraska, Defendant JUSTIN ERICSON, knowing he had previously been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, to wit: Terroristic Threats, knowingly possessed:

Hi-Point Model C9 9mm;

Stevens 12-gauge shotgun;

and ammunition which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Counts I through VIII of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922(a), 922(g) and 932(b) set forth in Counts I through VIII of this Indictment, the defendants, MILES BOHAC, MATTHEW HOUSE a/k/a CHEYENNE HOUSE, and JUSTIN ERICSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

The firearms and ammunition seized from 201 S 53rd Street, Lincoln, NE, 68510 on or about December 12, 2025.

3. If any of the property described above, as a result of any act or omission of the defendant[s]:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

   d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

  All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL.

_____
FOREPERSON

  The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
CHRISTOPHER J. HARROUN, #26800
Assistant U.S. Attorney